Thomas Jefferson Cares
4012 w 159th St
Lawndale, CA, 90260
(888) 758-7884

Thomas Jefferson Cares, IN PRO PER

FILED

2010 APR -2 PM 3: 1?



UNITED STATES DISTRICT COURT

CENTRAL DIVISION OF CALIFORNIA

**CV10 2151 DMG (RZ)**

| | |
|---|---|
| Thomas Jefferson Cares, | Case No: |
| Plaintiff | Complaint for compensatory and punitive damages |
| vs. | |
| State of California, | 1. Violation of Civil Rights and Conspiracy to Violate Civil Rights [42 U.S.C. 1983] |
| County of Los Angeles, Los Angeles | |
| County Deputy Sheriffs Lowry, Blount, | Jury Trial Demanded |
| Sneed, Zimmerman, King, and other | |
| unknown other defendants | |
| Defendants | |

## JURISDICTION AND VENUE

1. Jurisdiction is vested in this Court under 28 U.S.C. 1343(3)(4) for violation of the 1971 Civil Rights Enforcement Act, as amended, including 42 U.S.C. §1983 and §§1331 and 1367(a)

2. Venue is proper in the Central District of California and the County of Los Angeles under 28 U.S.C. 1391(a)(b)

## PARTIES

3. Plaintiff Thomas Jefferson Cares is a Citizen of the United Stated, and a Resident of Los Angeles County and the State of California

4. Defendant, The State of California is one of the 50 United States.

- 1 -

5. Defendant COUNTY OF LOS ANGELES is a municipal corporation, organized and existing under the laws of the State of California, and is the public employer of the deputy sheriffs named as defendants in this action.

6. Defendants LOWRY, BLOUNT, SNEED, ZIMMERMAN, and KING are Los Angeles County Deputy Sheriffs.

7. Plaintiff is unaware of the true names and capacities of those sued herein as unknown other named defendants. Plaintiff will amend this complaint to allege said defendants' true names and capacities when that information becomes known to him.

## FACTUAL ALLEGATIONS

8. Plaintiff was arrested on at approximately 5am on March 21, 2008, by the Manhattan Beach Police Department, on the charge of operating a motor vehicle with a suspended license.

9. Shortly after, plaintiff was brought to the jailing facility of the Torrance Courthouse.

10.   Near the end of business hours on March 21, 2008, plaintiff finally had an opportunity to appear before a Superior Court Judge, who set bail at $15,000.

11.   After bail was set, the Los Angeles County Sheriff Deputies at the Torrance Courthouse, refused to allow plaintiff to contact bail bonds companies or relative who could endeavor to bail him out.

12.   Plaintiff was then brought to the twin towers correctional facility and, within, several hours, was able to contact relatives, who immediately hired a ACME bail bonds to bail plaintiff out.

13.   ACME Bail Bonds was very zealous in trying to have plaintiff released on bail, immediately, but were somehow prohibited from doing so, by Los Angeles County Sheriff Deputies.

14.   Bail was finally allowed to be posted shortly at approximately 12:am on March 24, 2008.

15.   Plaintiff was being released at approximately 4am, on March 24, 2008, at the same time as one other inmate.

16.     This other inmate had failed to obey the rule of having one's shirt tucked in whenever leaving their cell.

17.     Sheriff Deputies, including Lowry, Blount, and Sneed had profusely scolded this inmate for the violation, while plaintiff watched, without any reaction, while thinking that it was pretty silly to verbally scold him so intensely, for a trivial violation of jail rules, when he's about to be released.

18.     Sheriff Deputy Lowry then looked at plaintiff and said "Get that smirk off your face," and then, without hesitance, forcefully slammed plaintiff into a wall, and intentionally hit plaintiff's head into the wall several times.

19.     Sheriff Deputies Lowry, Blount, and Sneed immediately proceeded to simultaneously kick the plaintiff, with significant force, for over one 1 minute.

20.     When plaintiff instinctively bent his knee back, while being kicked, one of the sheriff deputies yelled "put your leg back down" - because it interfered with his continuous kicking - and then continued to kick the plaintiff, between the lower back and thighs.

21.     Sherriff Deputy Zimmerman then handcuffed plaintiff to a bench

22.     Plaintiff, understandably upset, and in a tremendous amount of pain, yelled "Good job. You're all going to be defendants in Federal Court, for this."

23.     Sheriff Deputy Zimmerman responded by choking the handcuffed plaintiff for several seconds and turning on a Taser closely in front of his face and saying "You better shut the hell up."

24.     Sheriff deputy King, and other unknown sheriff Deputies had witnessed this assault and did not interfere in any way.

25.     Afterword, while plaintiff was still waiting to be released (badly wanting to get to a hospital), plaintiff overheard a female sheriff deputy who appeared to have supervisorial authority verbally reprimanded the involved sheriff deputies for "abusing [their] role as law enforcement] and

- 3 -

"using unnecessary force on a 19-year old, who's here for driving on a suspended license."

26.    The reprimanded sheriff deputies apologized to this supervisor, but (of course) never to the plaintiff.

27.    Plaintiff still suffers from recurring physical pain as a result of this totally unnecessary, unreasonable, and excessive force.

FIRST CAUSE OF ACTION

28.    Defendants wantonly violated Plaintiffs Constitutional rights[i]

PRAYER FOR RELIEF

29.    Plaintiff seeks compensatory and punitive damages for his injuries as a result of Defendants' actions that, if were to be institutionally recurring, would cause our great nation to have a far greater resemblance of North Korea, than any of us would like.

DATED: March 24, 2010

I, Thomas J. Cares, the Plaintiff in this action, respectfully submits this complaint the United States District Court of the Central Division of California, and verifies, under the penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

_Thomas Jefferson Cares_
Thomas Jefferson Cares
In Pro Per

---

[i] Plaintiff is preparing this at the last minute on the day of that the Statute of Limitations may be expiring, and therefore cannot fully complete this complaint, but intends to amend it.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)

THOMAS J. CARES

**DEFENDANTS**

STATE OF CA, LA. COUNTY, SHERIFF deputies LOWRY, BROWN, SHEER, KANG, Unknown others

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

4012 W 159 ST
LAWNDALE CA 90260

Attorneys (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No   ☑ MONEY DEMANDED IN COMPLAINT: $ Un specified

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☑ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
 ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
 ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
 ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date _3—24—10_

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                        **CIVIL COVER SHEET**                        Page 2 of 2