JOHN KRATTLI, County Counsel
ROGER H. GRANBO, Assistant County Counsel
KAREN JOYNT, Deputy County Counsel
(SBN 206332) • kjoynt@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0811 · Fax: (213) 626-2105

Attorneys for Defendants
DEPUTY ROBERT LOWRY, DEPUTY JONATHAN SNEED, DEPUTY AARON BLOUNT, DEPUTY CHRISTOPHER ZIMMERMAN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS JEFFERSON CARES,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, *et al.*<br><br>Defendants. | CASE NO. CV 10 2151 JAK (RZx)<br><br>Assigned to the Hon. John A. Kronstadt<br>Courtroom 750<br><br>**JUDGMENT**<br><br>**JS-6** |

This action came on regularly for trial on October 10, 2012 in Courtroom 750 of the above entitled court, the Honorable John A. Kronstadt, United States District Judge Presiding.  Plaintiff Thomas Jefferson Cares appeared and represented himself *in propria persona*; defendants Deputy Jonathan Lowry, Deputy Jonathan Sneed, Deputy Aaron Blount, and Deputy Christopher Zimmerman appeared through their counsel, Karen Joynt, Deputy County Counsel.

A jury of 8 persons was regularly impaneled and sworn.  Witnesses were sworn and testified.  On October 16, 2012 the Court dismissed the action with prejudice for Plaintiff's failures to follow Court's orders.

**WHEREFORE,** by virtue of the law and by reason of the premises aforesaid:

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff, Thomas Jefferson Cares, take nothing by his complaint and that defendants Robert Lowry, Jonathan Sneed, Aaron Blount and Christopher Zimmerman are the prevailing parties in the action and that Defendants shall recover their costs in the amount per costs bill.

DATED: November 14, 2012

_____
HON. JOHN A. KRONSTADT
Judge, United States District Court
District Court for the Central District of California